```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
A.D.,                                   :
                                        :
                    Plaintiff,          :       21cv5970 (DLC)
                                        :
          -v-                           :          ORDER
                                        :
KATHLEEN HOCHUL, in her official        :
capacity as the Governor of the State   :
of New York, et al.,                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 6, 2021, defendants filed a motion to dismiss the plaintiff's first amended complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **October 27, 2021.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **October 27.** Defendants' reply, if any, shall be filed by **November 10.**

IT IS FURTHER ORDERED that if an amended complaint is filed, the defendants shall move or respond to the amended complaint by **November 17.** If the defendants renew their motion

to dismiss, plaintiff shall file any opposition to the motion to dismiss by **December 8**. Defendants' reply, if any, shall be filed by **December 22**.

Dated:  New York, New York
        October 8, 2021

                                                DENISE COTE
                                    United States District Judge