```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
A.D.,                                :
                                     :
                    Plaintiff,       :     21cv5970 (DLC)
                                     :
          -v-                        :         ORDER
                                     :
NEW YORK STATE DEPARTMENT OF         :
CORRECTIONS AND COMMUNITY SUPERVISION,:
et al.,                              :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On October 6, 2021, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On October 27, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendants' October 6 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **November 17**. If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by December 8. Defendants shall file any reply by December 22. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 28, 2021

                                                      _____
                                                          DENISE COTE
                                         United States District Judge