UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
A.D.,

                          Plaintiff,

      -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2022

21 **CIVIL** 5970 (DLC)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2022, the defendants' December 1, 2021 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       February 23, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                             **BY:**

                                                              **Deputy Clerk**